**2014–0168. Equity Dublin Assoc. v. Testa.**

Board of Tax Appeals, Nos. 2011–Q–1792 and 2011–Q–1795. Reported at ___ Ohio St.3d ___, 2014-Ohio-5243, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

PFEIFER and LANZINGER, JJ., dissent.

On motion for oral argument on motion for reconsideration. Motion denied.

**2014–0463. State ex rel. Gopp v. Wiest.**

Wayne App. No. 13CA0057. Reported at 141 Ohio St.3d 88, 2014-Ohio-4557, 21 N.E.3d 1052. On motion for reconsideration. Motion denied.

**2014–1091. State ex rel. McGinty v. Eighth Dist. Court of Appeals.**

In Prohibition. Reported at 140 Ohio St.3d 1519, 2014-Ohio-5251, 20 N.E.3d 728. On motion for reconsideration. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2014–1310. Dukles v. LaRose.**

In Habeas Corpus. Reported at 140 Ohio St.3d 1504, 2014-Ohio-5098, 19 N.E.3d 922. On motion for reconsideration. Motion denied.

**1999–0093. State v. Hanna.**

Warren C.P. No. 98CR17677. This cause came on for further consideration upon appellee's motion to set an execution date.

Upon consideration thereof, it is ordered by the court that the motion is granted.

It is further ordered that James Galen Hanna's sentence be carried into execution by the warden of the Southern Ohio Correctional Facility, or in his absence, by the deputy warden, on Thursday, the 12th day of January, 2017, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the Clerk of the Court of Common Pleas of Warren County.

O'NEILL, J., dissents for the reasons stated in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2014–1651. In re Application of Duke Energy Ohio, Inc. for Approval of its Fourth Amended Corporate Separation Plan Under R.C. 4928.17 and Ohio Adm.Code 4901:11–37.**

Public Utilities Commission, Nos. 14–689–EL–UNC and 14–690–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave to intervene as appellee of Duke Energy Ohio, Inc., it is ordered by the court that the motion is granted.

**2014–2075. State ex rel. Sultaana v. Eighth Dist. Court of Appeals.**

In Mandamus and Prohibition. This cause came on for further consideration upon the filing of relator's motion to take judicial notice and motion to take judicial notice of "newly public record request." It is ordered by the court that the motions are denied as moot.